## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| MICHAEL A. DICICCO,  STACY A. DICICCO, JOSEPH S. MAGUIRE, and RITA M. MAGUIRE, individually and on behalf of others similarly aggrieved,<br><br>Plaintiffs,<br>v.<br><br>CITIZENS FINANCIAL GROUP, INC. and CITIZENS BANK OF PENNSYLVANIA, INC.,<br><br>Defendants. | : : : : : : : : : : : : : : : : | Civil Action No. 2:15-cv-00267 JP |

### NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL
### PURSUANT TO RULES 41(a)(1)(A)(ii) AND 41(c)

Plaintiffs Michael A. DiCicco and Stacey A. DiCicco and defendants Citizens Financial Group, Inc. and Citizens Bank of Pennsylvania, Inc., through their respective counsel, hereby stipulate as follows:

1.  Plaintiffs Michael A. DiCicco and Stacey A. DiCicco hereby dismiss their individual claims against Citizens Financial Group, Inc. and Citizens Bank of Pennsylvania, Inc. with prejudice.  This shall not dismiss, waive or prejudice the rights or claims of other plaintiffs or the putative plaintiff class remaining in this action.

2.  Defendant Citizens Bank of Pennsylvania, Inc. dismisses its counterclaim against Michael A. DiCicco and Stacey A. DiCicco without prejudice. This shall not waive or prejudice any debt or obligation owed by Michael A. DiCicco and Stacey A. DiCicco to Citizens Bank of Pennsylvania, Inc.

Respectfully submitted,


/s/ Ronald Jay Smolow
Ronald Jay Smolow, Esq.
3 Three Ponds Lane
Newtown, PA 18940
(o) 215.579.1111
(f)  215.579.7949
Ron@smolow.com

Marc H. Edelson, Esq.
Edelson & Associates, LLC
3 Terry Drive, Suite 205
Newtown, PA 18940
(o) 215.867.2200
(f) 267.685.0676
medelson@edelson-law.com

*Attorneys for Michael A. DiCicco and
Stacey A. DiCicco  and
the Plaintiff Class*

/s/ Robert A. Nicholas
Robert A. Nicholas
Joseph J. Mahady
Reed Smith LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 1910
(o) 215.851.8252
rnicholas@reedsmith.com
jmahady@reedsmith.com

*Attorneys for Citizens Financial Group, Inc.
and Citizens Bank of Pennsylvania, Inc.*

## CERTIFICATE OF SERVICE

I hereby that a copy of the foregoing document will be sent through the Court's ECF system to counsel of record for all parties registered on the Court's ECF filing and service system, and by U.S. First Class Mail on this date to those who are indicated on the Notice of Electronic filing as not registered on the ECF system.

Dated:  March 3, 2016


/s/ Robert A. Nicholas
Robert A. Nicholas